UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FELIPE PEREZ,

                Plaintiff,              17 **CIVIL** 5200 (JGK)

    -against-                    **JUDGMENT**

CAPATIN STANEY, ET AL.,
                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 30, 2019, defendants' motions for summary judgment are granted and the plaintiff's complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
         December 3, 2019

                                              RUBY J. KRAJICK
                                                Clerk of Court
                                BY:
                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/3/2019